**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6457**

JAMES MUHAMMAD, Ahmad Muhammad-Ali,

             Plaintiff - Appellant,

     v.

CORRECT CARE SOLUTIONS; DEPARTMENT OF MENTAL HEALTH, THE;
CLIENT ISAIAH HEMPHILL, and Family,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Mary G. Lewis, District Judge.
(1:16-cv-00261-MGL)

Submitted:  July 28, 2016         Decided:  November 2, 2016

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Muhammad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Muhammad appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Correct Care Solutions, No. 1:16-cv-00261-MGL (D.S.C. Mar. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED